UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20596-CR-GOLD/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDIL RIGOBERTO GALEAS MATUTE,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON
MOTION TO DISMISS INDICTMENT [ECF No. 237];
DENYING MOTION TO DISMISS INDICTMENT [ECF No. 225]**

This CAUSE is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendations on Motion to Dismiss Indictment [ECF No. 237], entered August 20, 2013. I granted Defendant an extension of time until October 28, 2013 to file objections to the Report [ECF No. 239]. To date, Defendant has failed to file objections. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."). Having reviewed the case file and being otherwise duly advised, it is hereby ORDERED and ADJUDGED that

1. The Report and Recommendations [ECF No. 237] is **AFFIRMED and ADOPTED**.

2. The Motion to Dismiss Indictment [ECF No. 225] is **DENIED WITH PREJUDICE**.

3. This case remains **CLOSED**.

DONE and ORDERED in Chambers at Miami, Florida this 13th day of November, 2013.

_____
THE HONORABLE ALAN S. GOLD
SENIOR UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Andrea M. Simonton
Counsel of record

Edil Rigoberto Galeas Matute (Via U.S. Mail from Chambers)
76935-004
McRae Correctional Institution
Inmate Mail/Parcels
Post Office Drawer 30
McRae, GA 31055